UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

|  |  |
|---|---|
| ALEYDA NICELLI, Individually and as Guardian of Incapacitated Person JOSEPH THOMAS NICELLI, | Civil Action No. 09-1551 (PGS) |
| Plaintiffs, | DEFAULT JUDGMENT |
| v. |  |
| 544-46, LLC, SEYMOUR BUILDING, INC., SEYMOUR BUILDERS, INC., OMAR ORTEGA d/b/a CS WELDING & IRON WORKS, and JOHN DOE CORPORATION, |  |
| Defendants |  |

The defendants 544-46 LLC, Omar Ortega, d/b/a CS WELDING & IRON WORKS, and John Doe Corporation, having failed to appear, plead or otherwise defend in this action and default having been entered on February 8, 2010, and counsel for plaintiff having requested judgment against the defaulted defendants and having filed a proper motion;

IT IS ON THIS 7th day of April

ORDERED that default judgment is entered in favor of Plaintiff and against defendants 544-46 LLC, Omar Ortega, d/b/a CS WELDING & IRON WORKS, and John Doe Corporation; and it is further

ORDERED that a hearing, on a date and time to be set by this Court, is to be held to determine the amount of damages sustained together with attorneys fees, interest, cost of suit and such other relief the Court may deem appropriate and just.

_____
PETER G. SHERIDAN, U.S.D.J.