# PELLEGRINI & ASSOCIATES, LLC

COUNSELORS AND ATTORNEYS AT LAW

336 WEST 37ᵗʰ STREET, SUITE 905
NEW YORK, NEW YORK 10018

PHONE: 212.219.8312 • FAX: 212.925.1702

FRANK LEO PELLEGRINI

_____

JUAN C. RESTREPO-RODRIGUEZ

April 28, 2010

Judge Peter G. Sheridan
United States District Judge
District of New Jersey
402 East State Street Room 2020
Trenton, New Jersey 08608

> 5/3/10
> Denied without
> prejudice. Must
> file a motion
> Peter S Sheridan

Re:   NICELLI v. 544-46 LLC. et. al.
      United States District Court
      District of New Jersey
      Docket No.: 2009CV01551 (PGS)(ES)

Dear Honorable Judge:

Our office represents the plaintiff with regard to the above-referenced matter.

After further analysis of this matter, it has come to my conclusion that we have irreconcilable differences with my client, Aleyda Nicelli that cannot not be repaired. John Alteri, Esq. and myself are requesting leave to withdraw as counsel of record and to give the plaintiff time to find another attorney to continue with this case. We are further requesting an extension of time for defendant's motion to dismiss in order to give the plaintiff time to respond.

As always, should you have any questions or comments of the foregoing, please do not hesitate me.

Sincerely yours,

Frank L. Pellegrini

cc.:   John R. Altieri Esq.
       Kaufman Dolowich Voluck & Gonzo, LLP